CA03-363 Erie

Receipt #05-498
$2.00

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

   # 00500498 - NK
   August 24, 2005


  Code    Case #    Qty      Amount

  1ST CIVI 03-136e ca           3.60 CH
  1ST CIVI 04-44e ca  ✓         2.00 CH
  2ND CIVI 03-389e ca           2.62 CH
  1ST CIVI 04-365e ca          12.94 CH
  1ST CIVI 03-363e ca           6.49 CH


  TOTAL→                       27.65



  FROM: SCI ALBION
        FORD, JEFFERSON, BARNES, MILEY
```