```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 06000052 - DM  dm
        October 28, 2005

    Code    Case #    Qty      Amount

    1ST CIVI 04-44E            3.02 CH
    1ST CIVI 03-363E           6.07 CH
    1ST CIVI 05-112E           3.03 CH
    1ST CIVI 04-365E          12.94 CH


    TOTAL→                    25.06


    FROM: SCI ALBION FOR
          JEFFERSON, BARNES, MILEY
```

Rcpt # 06-52 Barnes
CA 03-363E
$6.07