CA 03-363 E
partial payment

Receipt # 06-138

```
          UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 06000138 - DM
         December 14, 2005


   Code    Case #    Qty      Amount

   2ND CIVI 04-44 E              2.88 CH
   APPEAL D 04-238 E             10.58 CH
   1ST CIVI 02-279 E             20.00 CH
   1ST CIVI 05-112                2.90 CH
   2ND CIVI 04-345               12.75 CH
   1ST CIVI 03-363                5.80 CH

   TOTAL →                       54.91


   FROM: SCI ALBION-LEONARD JEFFERSON
         ANTHONY DEFRANCO, ABUBATA
         HAQQ, BENNIE BARNES, MICHEL
         MILEY
```