CA 03-363 E
part pay
receipt # 06-183

```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

       # 06000183 - DM  dw
       January 25, 2006


  Code    Case #    Qty      Amount

  2ND CIVI 04-44 E           2.68 CH
  APPEAL D 04-230 E          10.08 CH
  1ST CIVI 03-363 E          6.27 CH
  1ST CIVI 05-112 E          3.04 CH
  2ND CIVI 04-365 E          13.34 CH


  TOTAL→                     35.41


  FROM: SCI ALBION FOR
        LEONARD JEFFERSON, ANTHONY
        DEFRANCO, GENNIE BARNES,
        MICHAEL MILEY
```