CA 03-363 E
part pay
receipt # 06-212

```
    UNITED STATES
    DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
         ERIE DIVISION

# 06800212 - SP
   February 9, 2006


Code    Case #      Qty     Amount

1ST CIVI 04-345              3.41 CH
APPEAL 0 04-1305            16.36 CH
1ST CIVI 03-330              3.34 CH
1ST CIVI 06-112              3.51 CH
2ND CIVI 04-362              9.37 CH


TOTAL -＞                   36.00


```