```
    UNITED STATES
    DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

   # 00500538 - AM
   September 22, 2005


  Code    Case #    Qty      Amount

  1ST CIVI 03-363 E          7.71 CH


  TOTAL→               7.71


  FROM: SCI ALBION/ BENNIE BARNES
        INMATE GENERAL WELFARE FUND
        10745 ROUTE 18
        ALBION, PA 16475-0001
```

CA 03-363 E
part pay
receipt # 05-538