```
                              UNITED STATES
                              DISTRICT COURT
                           WESTERN DISTRICT OF PENNSYLVANIA
                                  ERIE Division

                              # 06000262  -  DM
                               March 16, 2006

                         Code   Case #    Qty      Amount

                         APPEAL D 05-1789 E                10.33 CH
                         1ST CIVI 02-279 E                 35.06 CH
                        (1ST CIVI 03-363 E                  5.52 CH)
                         1ST CIVI 05-112 E                  2.76 CH
                         1ST CIVI 04-365 E                  8.81 CH

                         TOTAL→                            62.42


                         FROM: SCI ALBION:  ANTHONY DEFRANCO
                                            ABUBATA HAQQ
                                            BENNIE BARNES (2) ✓
                                            MICHAEL MILEY
```

Handwritten note: Part-pay filing fee # 06-262 CA 03-363 $5.52