CA 03-363 E
part pay
receipt # 0600032

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 06000324 - SF
       April 27, 2006

  Code   Case #   Qty    Amount

  1ST CIVI CA-04-44E            2.73 CH
  FIRSTAPP CA-04-230E           9.57 CH
  1ST CIVI CA-02-279E           3.46 CH
  1ST CIVI CA-03-363E           5.52 CH
  1ST CIVI CA-04-365E           6.27 CH

  TOTAL →                      27.55

  FROM: JEFFERSON, DEFRANCO, HAGG,
        BARNES, RILEY
```

$5.52 (circled, pointing to 1ST CIVI CA-03-363E line)