**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 06000343 - SP
May 15, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 04-44E | | 3.17 CH |
| FIRSTAPP | 04-230E | | 10.25 CH |
| 1ST CIVI | 02-279E | | 40.00 CH |
| 1ST CIVI | 03-363E | | 6.07 CH |
| 1ST CIVI | 05-112E | | 3.03 CH |
| 1ST CIVI | 04-365E | | 6.19 CH |

TOTAL→   68.71

FROM: SCI ALBION FOR JEFFERSON,
      DEFRANCO, HAQQ, BARNES, WILEY

CA 03-363 E
part pay (CFF)
receipt # 06000343
$ 6.07