```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

     #  06004560  -  KM
         June 20, 2006


    Code    Case #    Qty     Amount

    1ST CIVI 04-cv-44E          6.02 CH
    1ST APPE 04-cv-230E        10.58 CH
    1ST CIVI 03-cv-363E         5.80 CH
    1ST CIVI 05-cv-112E         2.90 CH


    TOTAL →                    25.30



    FROM: SCI ALBION
          10745 ROUTE 18
          ALBION, PA 16475
          JEFFERSON, DEFRANCO, BARNES
```

CA 03-363 E
part pay
receipt # 06004560