```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

         # 06000426 - SP
            July 20, 2006

     Code    Case #    Qty     Amount

     FIRSTAPP CA-04-230E        11.09 CH
     (1ST CIVI CA-03-363E        6.07 CH)
      1ST CIVI CA-05-112E        3.04 CH


      TOTAL→                    20.20



     FROM: SCI ALBION FOR DEFRANCO,
           BARNES
```

CA 03-363E
part pay
$6.07
receipt # 06000426