```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 06000485 - SP
      August 30, 2006


   Code    Case #    Qty       Amount

   1ST CIVI CA-04-44E          5.00 CH
   2ND CIVI CA-04-44E          0.02 CH
   FIRSTAPP CA-04-230E        14.58 CH
  (1ST CIVI CA-03-363E         6.07 CH)
   1ST CIVI CA-05-112E         1.04 CH


   TOTAL->                    26.71


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, AND BARNES
```

CA 03-363

$6.07

part pay

receipt # 06000485