```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 06000528 - SP
       September 29, 2006


  Code    Case #    Qty      Amount


  2ND CIVI CA-04-44E            3.32 CH
  FIRSTAPP CA-04-230E          14.33 CH
  2ND CIVI CA-02-27E           40.20 CH
  1ST CIVI CA-03-363E           1.65 CH
  2ND CIVI CA-03-363E           4.14 CH
  1ST CIVI CA-05-112E           2.59 CH


  TOTAL→                       66.03



  FROM: SCI ALBION FOR JEFFERSON,
        DEFRANCO, HAGG, BARNES
```

Handwritten annotations:
CA 03-363E
part pay
receipt # 06000528
(total: 5.79)