```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 07000038 - SP
          October 27, 2006


     Code    Case #    Qty      Amount

     2ND CIVI CA-04-44E          3.17 CH
     FIRSTAPP CA-04-230E        11.09 CH
     2ND CIVI CA-03-363E         6.35 CH
     1ST CIVI CA-05-112E         3.17 CH


     TOTAL→                     23.78


     FROM: SCI ALBION FOR JEFFERSON,
           DEFRANCO, BARNES
```

CA 03-363E
$ 6.35
part pay
receipt # 07-38