CA 03-363 E
receipt # 07-69
part pay
$5.52

```
           UNITED STATES
           DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 07000069 - DM
         November 20, 2006

   Code    Case #    Qty    Amount

   2ND CIVI 04-44 Ecv         5.00 CH
   FIRSTAPP 04-230 Ecv        7.07 CH
   2ND CIVI 03-363 Ecv        5.52 CH
   1ST CIVI 05-112 Ecv        2.76 CH
   1ST CIVI 06-174 Ecv        1.73 CH


   TOTAL →                   24.08


   FROM: SCI ALBION FOR: L. JEFFERSON
         A. DEFRANCO, BENNIE BARNES
         JOHN RICHARDSON
```