```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 07000108 - SP
      December 20, 2006


   Code   Case #    Qty      Amount

   2ND CIVI 04-44E            7.55 CH
   FIRSTAFP 04-230E          10.84 CH
  (2ND CIVI 03-363E           5.80 CH)
   1ST CIVI 05-112E           2.90 CH
   1ST CIVI 06-174E           2.02 CH


   TOTAL→                    29.11



   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, BARNES, RICHARDSON
```

CA 03-363E
part pay
receipt # 07-108