```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 07000170 - DM
       February 5, 2007


   Code   Case #    Qty     Amount

   2ND CIVI 04-44 Ecv         2.00 CH
   2NDAPPEA 04-230 Ecv       13.58 CH
   2ND CIVI 02-279 Ecv        4.45 CH
   2ND CIVI 03-363 Ecv        6.07 CH
   1ST CIVI 05-112 Ecv        3.03 CH
   1ST CIVI 26-173 Ecv         .87 CH


   TOTAL+                    31.00
```

part pay filing fee

rept # ~~170=67~~
              07-170

$6.07

CA 03-363 5