```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000194 - DM
February 26, 2007

Code    Case #      Qty      Amount

2ND CIVI 04-44  Ecv             2.30 CH
2NDAPPEA 04-230 Ecv            20.09 CH
2ND CIVI 03-363 Ecv             6.07 CH
1ST CIVI 05-112 Ecv             3.04 CH
1ST CIVI 06-174 Ecv             2.88 CH

TOTAL →                        34.38

FROM: SCI ALBION FOR: JEFFERSON,
      DEFRANCO, BARNES (2),
      RICHARDSON
```

part pay filing fee
rcpt # 07-194

$ 6.07

CA 03-363 E