**UNITED STATES**
**DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 070000252 — DM
March 22, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI 04-44 E | | | 3.02 CH |
| 2ND APPEA 04-238 E | | | 10.58 CH |
| 2ND CIVI 03-363 E | | | 6.07 CH |
| 1ST CIVI 05-112 E | | | 3.04 CH |
| 1ST CIVI 06-174 E | | | 3.02 CH |

TOTAL→                25.73

FROM: SCI ALBION FOR: JEFFERSON,
DEFRANCO, BARNES (2) AND
RICHARDSON

part pay filing fee
rcpt # 07-252

$6.07
CA 03-363

Barnes