FILED
'07 APR 27 P3:10
CLERK
U.S. DISTRICT COURT

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         #  07000302  - SP
            April 27, 2007

     Code    Case #    Qty      Amount

     2ND CIVI 04-44E              8.59 CH
     2ND CIVI 03-363E             5.24 CH
     1ST CIVI 05-112E             2.62 CH
     1ST CIVI 06-174E             2.59 CH


     TOTAL→                      19.04


     FROM: SCI ALBION FOR JEFFERSON,
           BARNES, AND RICHARDSON
```

part pay

CA 03-363 E

$ 5.24

receipt # 07-302