```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 07000353 - DM
           May 18, 2007

   Code    Case #    Qty    Amount

   2ND CIVI 04-44 E          3.17 CH
   2ND CIVI 03-363 E         6.07 CH
   1ST CIVI 05-112 E         3.04 CH
   1ST CIVI 06-174 E         2.74 CH


   TOTAL→             15.02


   FROM: SCI ALBION FOR:
         BENNIE BARNES (2)
         LEONARD JEFFERSON
         JOHN K. RICHARDSON
```

part pay
rcpt # 07-353

CA 03-363

$6.07