part pay

rcpt # 07-410

$5.52

CA 03-363

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 07000410  -  DM
         June 18, 2007


  Code    Case N    Qty      Amount

  2ND CIVI 04-44 E            12.88 CH
  2ND CIVI 03-363 E             5.52 CH
  1ST CIVI 05-112 E             2.76 CH
  1ST CIVI 06-174 E             2.88 CH


  TOTAL→                      24.04


  FROM: SCI ALBION FOR:
        LEONARD JEFFERSON, BENNIE
        BARNES (2) AND JOHN K.
        RICHARDSON
```