Case 1:03-cv-00363-SJM-SPB    Document 62    Filed 07/18/2007    Page 1 of 1

*final pmt for CA 03-363*
*#3.15*

*part pay for CA 03-389*
*#3.20*

FILED
'07 JUL 18 A7:35
CLERK
US DISTRICT COURT

**UNITED STATES**
**DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE Division**

**# 07000454 - SP**
**July 18, 2007**

1:03-CV-363
*part pay*
*#6.35*
*receipt*
*# 07-454*

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI | CA-04-44E | | 3.17 CH |
| 2ND CIVI | CA-03-363E | | 6.35 CH |
| 1ST CIVI | CA-06-174E | | 3.17 CH |

**TOTAL→**                      **12.69**

FROM: SCI ALBION FOR JEFFERSON,
BARNES, RICHARDSON

6.35  pmt
- 3.20  1:03-cv-389
3.15  1:03-cv-363

*Over payment of #3.20 applied to*
*1:03-CV-389 (Barnes v Domotruich)*